







MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

BASIL C. SITARAS
Labor and Employment Law Division
Tel.: (212) 788-0879
Fax: (212) 788-8877
E-mail: bsitaras@law.nyc.gov

May 21, 2008

VIA HAND DELIVERY
Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Duke Fergerson v. New York City Department of Education, et al.
08 Civ. 4701 (BSJ)

Dear Judge Jones:

I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the New York City Board of Education ("BOE"), sued herein and also known as the "Department of Education of the City of New York," and Karen Watts. Recently, the defendants removed this action from the Supreme Court of the State of New York, County of New York, to this Court. Courtesy copies of defendants' Notice of Removal and plaintiff's complaint are enclosed. Plaintiff, the former coach of the Wadleigh Secondary School varsity football team (known as the "Harlem Hellcats") brings this action under Section 1983 alleging that he was removed from his coaching position and subjected to other adverse employment actions because he complained about racially charged graffiti on his team bench when his team played another school's team in Staten Island in October 2007.

I am writing to respectfully request that Your Honor grant the defendants an additional thirty (30) days, until June 23, 2008, to answer or otherwise respond to the complaint. Plaintiff's counsel, Stewart Lee Karlin, Esq., consents to this request. This is the defendants' first request for an extension of time to answer or otherwise respond to the complaint.



The reason for this request is that the defendants need additional time to investigate plaintiff's allegations before preparing a proper response to the complaint. In view of the foregoing, it is respectfully requested that the Court extend defendants' time to answer or otherwise respond to the complaint until June 23, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Basil C. Sitaras (BS-1027)
Assistant Corporation Counsel

Enclosures

cc: Stewart Lee Karlin, Esq. (via facsimile (212) 571-9893)
Attorney for Plaintiff

Application Granted

**SO ORDERED**
**Dated:**

BARBARA S. JONES
U.S.D.J.

5/23/08