

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

BASIL C. SITARAS
Labor and Employment Law Division
Tel.: (212) 788-0879
Fax: (212) 788-8877
E-mail: bsitaras@law.nyc.gov

**MEMORANDUM ENDORSED**

June 20, 2008

VIA FACSIMILE ((212) 805-4268)
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

Re: <u>Duke Fergerson v. New York City Department of Education, et al.</u>
08 Civ. 4701 (BSJ)(GWG)

Dear Judge Gorenstein:

    I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the New York City Board of Education ("BOE"), sued herein and also known as the "Department of Education of the City of New York," and Karen Watts. I am writing to respectfully request that Your Honor grant the defendants an additional two (2) weeks, until July 7, 2008, to answer or otherwise respond to the complaint. Plaintiff's counsel, Stewart Lee Karlin, Esq., consents to this request. This is the defendants' second request for an extension of time to answer or otherwise respond to the complaint.

       The reason for this request is that the defendants need additional time to complete their investigation of plaintiff's allegations before preparing a proper response to the complaint. Moreover, this additional time will allow plaintiff to properly serve the individually-named defendant, Karen Watts, at her place of business, the address of which has been provided to Mr. Karlin by defense counsel. We will then be able to submit a single response to the complaint. In view of the foregoing, it is respectfully requested that the Court extend defendants' time to answer or otherwise respond to the complaint until July 7, 2008.

       Thank you for your consideration in this regard.

Respectfully submitted,

*[signature]*

Basil C. Sitaras (BS-1027)
Assistant Corporation Counsel

cc:    Stewart Lee Karlin, Esq. (via facsimile (212) 571-9893)
       Attorney for Plaintiff

Granted.

SO ORDERED.  DATE: 6/23/2008

*[signature]*

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE