UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DUKE FERGERSON,

        Plaintiff,

v.     08 Civ 4701 (BSJ)

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK, and KAREN WATTS
Individually and in her official capacity as principal
of Wadleigh Secondary School,

        Defendants.

-----------------------------------------------------------X

## SHAWN WYNNS' DECLARATION

1. I am a student athlete and attend Wadleigh High School, in Harlem, New York. I am going into 12th grade. I got involved in the Hellfighters program in my freshman year in high school. The program helped me a lot and got me focused in on my future. I was expecting to be offered a scholarship from a Division One school. (Rutgers, Syracuse, and Temple) Without the football program, I will not be able to attend and afford college.

**I HEREBY DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT THIS 28TH DAY OF JULY 2008.**

                                                          s/Shawn Wynn
                                                          SHAWN WYNN