```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ X
DUKE FERGERSON,

                Plaintiff,

    -v-

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK et al.,

                Defendants.
------------------------------------ X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

08-CV-4701 (BSJ) (GWG)

<u>ORDER</u>

COPY MAILED/FAXED TO:
COUNSEL FOR PLTFF(S): faxed
COUNSEL FOR DFT(S): faxed
PLTFF PRO SE: _____
DFT PRO SE: _____
DATE: 7/30/08
BY: TKL

      Plaintiff initiated this action in the Supreme Court of New York County, alleging retaliation against him for exercise of his First Amendment rights. On May 19, 2008, Defendants filed a notice of removal to this Court.

      By Order to Show Cause dated July 29, 2008, Plaintiff now seeks a preliminary injunction requiring the Department of Education "to reinstate the football program known as the Hellfighters." The apparent basis for this relief alleged by Plaintiff is the irreparable harm to nonparty student athletes from the dissolution of the team and resultant loss of playing opportunities and scholarships. However, nowhere in Plaintiff's complaint does he allege any injury to the student athletes, nor does he seek any relief whatsoever on their behalf. There is no



basis in the complaint upon which the Court can consider the imposition of injunctive relief. Simply put, there is a disconnect between the relief sought by Plaintiff in his complaint to remedy injury to him, and the extraordinary relief sought here to remedy injury to nonparties to this action.

For these reasons, the Court DENIES Plaintiff's Order to Show Cause.

**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         July 30, 2008